## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAYRIYE BERIL GOK**<br><br>v.<br><br>**ROMAN CATHOLIC CHURCH, et al.** | **CIVIL ACTION**<br><br>**NO. 20-4817** |
| **HAYRIYE BERIL GOK**<br><br>v.<br><br>**POST & SCHELL, PC, et al.** | **CIVIL ACTION**<br><br>**NO. 20-4968** |

## ORDER

**AND NOW**, this 30th day of April, 2021, it is hereby **ORDERED** that the Motions to Dismiss Plaintiff's Second Amended Complaint in the above-captioned cases are **GRANTED**.

Plaintiff's federal law claims, listed below, are **DISMISSED** with prejudice:

**A. Dkt. No. 20-4817:**

- Count 1: violations of the Racketeer Influenced and Corrupt Organizations Act
- Count 2: violations of the Sherman Act
- Count 3: violations of the Clayton Act
- Count 10: lack of procedural and substantive due process

**B. Dkt. No. 20-4968:**

- Count 1: violations of the Racketeer Influenced and Corrupt Organizations Act
- Count 8: lack of procedural and substantive due process

Plaintiff's state law claims, listed below, are **DISMISSED** without prejudice:

**A. Dkt. No. 20-4817:**

- Count 4: intentional interference with a contractual relationship
- Count 5: breach of contract
- Count 6: unjust enrichment

- Count 7: fraud
- Count 8: defamation
- Count 9: violations of the Pennsylvania Crimes Code
- Count 11: intentional infliction of emotional distress

- **Dkt. No. 20-4968:**

  o Count 2: legal malpractice
  o Count 3: breach of contract
  o Count 4: unjust enrichment
  o Count 5: fraud
  o Count 6: abuse of process
  o Count 7: defamation
  o Count 9: violations of the Pennsylvania Crimes Code
  o Count 10: intentional infliction of emotional distress

It is further **ORDERED** that all other open motions in the above-captioned cases are

**DENIED** as moot.


BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____

**MICHAL M. BAYLSON, U.S.D.J.**