IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAYRIYE BERIL GOK**<br><br>v.<br><br>**ROMAN CATHOLIC CHURCH, et al.** | **CIVIL ACTION**<br><br>NO. 20-4817 |
| **HAYRIYE BERIL GOK**<br><br>v.<br><br>**POST & SCHELL, et al.** | **CIVIL ACTION**<br><br>NO. 20-4968 |

## ORDER

**AND NOW** this 15th day of March, 2022, upon consideration of the Trinity Defendants' (Trinity Health Corporation, Trinity Health of the Mid-Atlantic Region, Dr. Oleg Teytelboym, Dr. Arnold Eiser, Dr. Stanley Chan, John Cigler, Dr. Reza Hayeri, Catherine Mikus, Esquire, Michael Slubowksi, and Judith Persichilli), and Post & Schell Defendants' (Post & Schell, P.C., A. James Johnston, Andrea M. Kirshenbaum, David Renner, Kate A. Kleba, Dr. Barbara Ziv, and Reginald Allen) Joint Motion to Alter or Amend the Final Order and Judgment (Gok I: ECF 97, Gok II: ECF 158, 159, 161), this Court's July 20, 2021 Order (Gok I: ECF 107, Gok II: 169), and Plaintiff's Response to the Court's July 20, 2021 Order (ECF 109) it is hereby **ORDERED**:

1. Defendants' Motion to Alter or Amend the Final Order is **GRANTED**;

2. Plaintiff Hayriye Beril Gok ("Plaintiff") is **ENJOINED** from filing any civil actions against any named defendant in the Mercy litigation, Gok I, and Gok II, including but not limited to:

    a. Mercy Catholic Medical Center;

    b. the Roman Catholic Church;

    c. the Archdiocese of Philadelphia;

1

d. Trinity Health Corporation;

e. Trinity Health of the Mid-Atlantic Region;

f. Dr. Oleg Teytelboym;

g. Dr. Arnold Eiser;

h. Dr. Stanley Chan;

i. Pamela Fierro;

j. John Cigler;

k. Dr. Reza Hayeri,

l. Catherine Mikus, Esquire;

m. Michael Slubowksi;

n. Alan J. Davis;

o. Judith Persichilli, and

p. Post & Schell, P.C.;

q. A. James Johnston;

r. Andrea M. Kirshenbaum;

s. David Renner;

t. Kate A. Kleba;

u. Dr. Barbara Ziv;

v. Derek Smith Law Group, PLLC;

w. Derek Smith;

x. Patrick Griffin;

y. Christopher Booth;

z. Matthew Weisberg;


      aa. Reginald Allen;

      bb. Joshua Boyette;

      cc. Justin Swidler; and

      dd. Counsel Press

raising claims related to her employment at and termination from Mercy Catholic Hospital Center and/or related to <u>Doe v. Mercy</u>, C.A. No. 15-cv-2085 (E.D. Pa.) ("the <u>Mercy</u> litigation") without prior permission from a federal district court;

3. The Clerk of Court **SHALL NOT DOCKET** any new Complaint filed by Plaintiff that raises any claims against any person or entity covered by this injunctive Order unless Plaintiff files with the Complaint a verification that the claims raised do not violate this Order and a brief in support of that verification.

The Clerk of Court shall **CLOSE** the above captioned cases.

                                            **BY THIS COURT:**

                                            **/s/ MICHAEL M. BAYLSON**
                                            _____
                                            **MICHAEL M. BAYLSON**
                                            **United States District Court Judge**